

# Fourth Court of Appeals
## San Antonio, Texas

April 2, 2020

No. 04-19-00332-CV

Lee B. **WHEELER**, Trustee of the L&P Children's Trust
and Nancy Wheeler Plumlee,
Appellant

v.

**SAN MIGUEL ELECTRIC COOPERATIVE, INC**.,
Appellee

From the 36th Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0027-CV-A
Honorable Starr Boldrick Bauer, Judge Presiding

# O R D E R

After we granted Appellants' first motion for extension of time to file the reply brief, Appellants' reply brief was due on April 6, 2020. *See* TEX. R. APP. P. 38.6(c). Before the due date, Appellants filed an unopposed second motion for an extension of time to file the reply brief.

Appellants' motion is GRANTED. The brief is due on April 20, 2020. *See id.* R. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court